UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOTION, INC.,

       Plaintiff,                             Case No. 1:24-cv-00275-JMB-PJG

v.                                        Hon. Jane M. Beckering

GREEN CHARTER TOWNSHIP,

       Defendant.
_____/

## ORDER

      Pending before the Court is Plaintiff's Motion for Preliminary Injunction (ECF No. 2). On April 12, 2024, Defendant filed a response in opposition to the motion (ECF No. 13). The Court will require Plaintiff to file a reply. Accordingly: IT IS HEREBY ORDERED that Plaintiff shall, not later than April 26, 2024, file a reply to the response to the motion for preliminary injunction.

      IT IS SO ORDERED.

Dated: April 15, 2024                                     /s/ Jane M. Beckering
                                                          JANE M. BECKERING
                                                          United States District Judge