UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOTION, INC.,

    Plaintiff,

v.

GREEN CHARTER TOWNSHIP,

    Defendant.
_____/

Case No. 1:24-cv-275

HON. JANE M. BECKERING

## PRELIMINARY INJUNCTION

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that pending resolution of this case or further Order of the Court, Defendant Green Charter Township (the "Township") is PRELIMINARILY ENJOINED and REQUIRED to comply with its contractual obligations under § 4 of the August 22, 2023 Development Agreement (ECF No. 1-1), and shall, through the Township Board and appropriate Township Departments,

    (a) Diligently review plans and specifications for the Project, as applicable, following Gotion's submission, to ensure they comply with applicable Township ordinances; and

    (b) to the extent necessary, coordinate with Mecosta County Road Commission and Mecosta County Drain Commission with respect to any of the public infrastructure improvements contemplated under the [Strategic Site Readiness Program (SSRP)] Agreement; and

    (c) assist Gotion, to the extent legally permissible, in obtaining or causing to obtain any licenses, permits, or other governmental authorizations necessary to advance the Project and conduct business to support the Project, for which the failure to obtain such licenses, permits, or other governmental authorizations is reasonably likely to materially and adversely affect the Project (financially or otherwise), or impair Gotion's ability to perform its obligations under this Agreement; and

(d) execute necessary easement documents to provide access to the Property for any public infrastructure improvements contemplated under the SSRP Agreement.

Dated:  May 17, 2024 /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge