# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GOTION INC., <br><br> Plaintiff, <br><br> v. <br><br> GREEN CHARTER TOWNSHIP, a Michigan general law township, <br><br> Defendant. | Civil Action No. 1:24-cv-00275 |

### NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3 and 28 U.S.C. § 1292(a)(1), notice is hereby given that Green Charter Township, a Michigan general law township and Defendant in the above-captioned civil action, following this Court's Order Denying Green Charter Township's Motion for Reconsideration on August 14, 2024 [ECF No. 44], hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order granting Plaintiff Gotion, Inc.'s Motion for Preliminary Injunction [ECF No. 22], issued on May 17, 2024.

Respectfully submitted,

Dated: September 6, 2024

s/ *T. Seth Koches*
T. Seth Koches P71761
Attorneys for Defendant
470 W. Centre Ave., Suite A
Portage, Michigan 49024
(269) 382-4500
koches@michigantownshiplaw.com

s/ *Eric P. Conn*
Christopher S. Patterson (P74350)

1

Eric P. Conn (P64500)
Fahey Schultz Burzych Rhodes PLC
Attorneys for Defendant
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-0100
*cpatterson@fsbrlaw.com*
*econn@fsbrlaw.com*
*comeara@fsbrlaw.com*

s/*Robert T. Dube Jr.*
Mark J. Blando, Esq. (#MN38988)
Robert T. Dube Jr., Esq. (#MN401597)
10 South Fifth St., Suite 800
Minneapolis, MN 55402
(612) 236-0160
mblando@ecklandblando.com
rdube@ecklandblando.com

*Attorneys for Defendant Green Charter Township*

## CERTIFICATE OF SERVICE

I, Robert T. Dube Jr., hereby certify on the 6th day of September 2024, I electronically filed the foregoing document and any attachments with the ECF system which will send notification of such to all parties of record.

s/ *Robert T. Dube Jr.*
Robert T. Dube Jr., Esq.