UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOTION, INC.,

    Plaintiff,

v.

GREEN CHARTER TOWNSHIP,

    Defendant.

_____/

Case No. 1:24-cv-275

HON. JANE M. BECKERING

## ORDER

Pending before the Court are Defendant's Motion for Stay Pending Appeal (ECF No. 54) and Unopposed Motion for Leave to File Memorandum Exceeding Word Limitations of Local Civil Rule 7.3(b)(i) (ECF No. 55).  The Court, having reviewed the unopposed motion for leave and the proposed brief (ECF No. 55-1), is not persuaded that an enlargement of the page limitation is warranted.  For this reason, the unopposed motion for leave is denied.  In addition, the motion for stay is denied without prejudice to refile a proper motion that comports with W.D. Mich. LCivR 7.3(b)(i) and W.D. Mich. LCivR 7.1(d).  Accordingly:

**IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to File Memorandum Exceeding Word Limitations of Local Civil Rule 7.3(b)(i) (ECF No. 55) is DENIED.

**IT IS FURTHER ORDERED** that the Motion for Stay Pending Appeal (ECF No. 54) is DENIED WITHOUT PREJUDICE.

Dated: September 9, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge