UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GOTION, INC.,

        Plaintiff,

v.

GREEN CHARTER TOWNSHIP,
a Michigan charter township,

        Defendant.

_____/

No. 1:24-cv-275

Hon. Jane M. Beckering

**STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL**

This matter is before the Court upon the stipulation of counsel for Plaintiff Gotion, Inc.,

IT IS HEREBY ORDERED that Mark V. Heusel and Jacob L. Clark of Dickinson Wright PLLC are substituted in the place and stead of Warner Norcross + Judd LLP as counsel for Plaintiff Gotion, Inc.

Dated: _____

                        Honorable Jane M. Beckering
                        United States District Judge

**Approved to form and substance:**

By: /s/ Ashley G. Chrysler (*w/ permission*)
Daniel Ettinger (P53895)
Ashley G. Chrysler (P80263)
Joshua J. Reuter (P85626)
Michael T. Woo (P87316)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW
Grand Rapids, MI 49503
616.752.2000

By: /s/ Mark V. Heusel
   Mark V. Heusel (P47528)
   Jacob L. Clark (P81379) (*admission forthcoming*)
DICKINSON WRIGHT PLLC
350 S. Main Street Suite 300
Ann Arbor, Michigan 48104
734-623-1908