**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GOTION, INC.,

        Plaintiff,

v.

GREEN CHARTER TOWNSHIP,
a Michigan general law township,

        Defendant.

No.    1:24-cv-00275

Hon.  Jane M. Beckering

**PLAINTIFF GOTION, INC.'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(d) REGARDING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

In compliance with U.S. District Court for Western District of Michigan Local Rule 7.1(d), Plaintiff Gotion, Inc. ("Gotion") sought concurrence from Defendant Green Charter Township ("Township") for Gotion to file its Motion for Leave to File its First Amended Complaint. Specifically, on March 5, 2026, Counsel for Gotion (Jacob L. Clark) and counsel for the Township (Kyle O'Meara, Eric Conn, and Seth Koches) held a "meet and confer" to discuss, *inter alia*, Gotion's proposed motion for leave to file an amended complaint. *See* ECF No. 108. The Township's counsel indicated it would not concur with the relief sought by Gotion's Motion for Leave. *Id*. Other issues discussed included the Township's intent to file a motion for summary disposition on Gotion's complaint as originally pleaded for injunctive relief only and, if that motion was unsuccessful, its intent to re-file its motion for leave to amend its affirmative defenses and file counterclaims. *Id*.; *see also* ECF Nos. 80, 81. On April 27, 2026, the parties submitted a Joint Status Report to the Court indicating the details of the meet and confer. *Id*. On April 28, 2026, the Court ordered that Gotion's Motion for Leave to File its First Amended Complaint and proposed amended complaint should be filed no later than May 29, 2026.

1

Dated:  May 29, 2026                                   Respectfully submitted,

/s/ Mark V. Heusel
Mark V. Heusel (P47528)
Jacob L. Clark (P81379)
DICKINSON WRIGHT PLLC
350 S. Main St., Ste. 300
Ann Arbor, MI  48104
Tel: (734) 623-7075
MHeusel@dickinsonwright.com
JLclark@dickinsonwright.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Jacob L. Clark, hereby certify that on the 29th day of May, 2026, I electronically filed the foregoing document and any attachments with the ECF system which will send notification of such to all parties of record.

*/s/  Jacob L. Clark*
Jacob L. Clark