**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

GOTION, INC.,

               Plaintiff,

v.

GREEN CHARTER TOWNSHIP, a Michigan
charter township,

               Defendant.

_____/

No. 1:24-cv-00275

HON. JANE M. BECKERING

**STIPULATED ORDER EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT**

The Court, having reviewed the following stipulations agreed upon between Plaintiff Gotion, Inc. ("Gotion"), and Defendant Green Charter Township ("Township"), finds that:

1. On June 29, 2026, this Court granted Gotion's Motion for Leave to File an Amended Complaint (ECF No. 116). A First Amended Complaint was accepted for docketing (ECF No. 118).

2. On July 10, 2026, this Court in-part granted an unopposed motion from the Township to extend time to answer the First Amended Complaint. It gave the Township until July 31, 2026 to answer (ECF No. 122).

3. Gotion and the Township have been engaged in settlement discussions related to the above litigation that, in the opinion of counsel, will be inhibited by a first filing of the Township.

4. Counsel for the parties desire to allow the Township to have until August 31, 2026 to answer the First Amended Complaint to facilitate continued settlement discussions.

Accordingly, **IT IS HEREBY ORDERED** that the Township shall answer Gotion's First Amended Complaint not later than August 31, 2026.

**IT IS SO ORDERED**.


Date: _____, 2026

_____

Hon. Jane M. Beckering
United States District Court Judge


APPROVED AS TO FORM:

*/s/ Jacob L. Clark (with permission)*
Mark V. Heusel (P47528)
Jacob L. Clark (P81379)
DICKINSON WRIGHT PLLC
350 S. Main Street Suite 300
Ann Arbor, Michigan 48104
734-623-1908
*Attorneys for Plaintiff.*


Dated: July 31, 2026

_____

Christopher S. Patterson (P74350)
Eric P. Conn (P64500)
Kyle A. O'Meara (P83075)
Fahey Schultz Burzych Rhodes PLC
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-0100
*Attorneys for Defendant*


Dated: July 31, 2026