**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

GOTION, INC.,

Plaintiff,

v.

GREEN CHARTER TOWNSHIP,
a Michigan charter township,

Defendant.

Case No. 1:24-cv-00275

HON. JANE M. BECKERING

---

**DEFENDANT'S AND PLAINTIFF'S JOINT MOTION FOR A SETTLEMENT CONFERENCE UNDER L.R. 16.6 AND TO STAY ALL DEADLINES**

For the reasons set forth in the accompanying brief, Plaintiff Gotion, Inc. ("Gotion") and Defendant Green Charter Township ("Township," collectively, the "Parties") present this Joint Motion for a Settlement Conference Under Local Rule 16.6 and to stay all deadlines under Fed. R. Civ. P. 6(b)(1)(A) ("Motion").

WHEREFORE, the Parties respectfully request that this Honorable Court refer this matter to Magistrate Judge Green for a settlement conference pursuant to Local Rule 16.6 and stay all deadlines in this case until the settlement conference has concluded. In the alternative, the Parties respectfully request a status conference with this Honorable Court to discuss the status of the Parties' settlement negotiations and, as necessary depending on the schedule of the Court, a stay of all deadlines until the status conference has concluded. Per Local Rule 7.1(d)(ii)(A), both Parties concur in the relief requested and are submitting the present Motion jointly.

Respectfully Submitted

*/s/ Jacob L. Clark (with permission)*
Mark V. Heusel (P47528)
Jacob L. Clark (P81379)
DICKINSON WRIGHT PLLC
350 S. Main Street Suite 300
Ann Arbor, Michigan 48104
734-623-1908
*Attorneys for Plaintiff Gotion, Inc.*

Dated: August 28, 2026

*/s/ Eric P. Conn*
Christopher S. Patterson (P74350)
Eric P. Conn (P64500)
Kyle A. O'Meara (P83075)
Jacob N. Witte (P82558)
Fahey Schultz Burzych Rhodes PLC
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-0100
*Attorneys for Defendant*

Dated: August 28, 2026

## CERTIFICATE OF SERVICE

I certify that on the date set forth below, the foregoing document was served on all parties of record or their counsel of record through the CM/ECF system if they are registered users, or if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record (designated below, if applicable).

Respectfully Submitted:

*/s/Jacob L. Clark (with permission)*
Mark V. Heusel (P47528)
Jacob L. Clark (P81379)
DICKINSON WRIGHT PLLC
350 S. Main Street Suite 300
Ann Arbor, Michigan 48104
734-623-1908
*Attorneys for Plaintiff.*

Dated: August 28, 2026

*/s/ Eric P. Conn*
Christopher S. Patterson (P74350)
Eric P. Conn (P64500)
Kyle A. O'Meara (P83075)
Jacob N. Witte (P82558)
Fahey Schultz Burzych Rhodes PLC
4151 Okemos Road
Okemos, Michigan 48864
(517) 381-0100
*Attorneys for Defendant*

Dated: August 28, 2026