UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOTION, INC.,

Plaintiff,

Case No. 1:24−cv−00275−JMB−PJG

v.

Hon. Jane M. Beckering

GREEN CHARTER TOWNSHIP,

Defendant.
______________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s): Status Conference
Date/Time: September 8, 2026 03:30 PM
Magistrate Judge: Phillip J. Green
Place/Location: by video

*The video conference information will be seperately filed.*

PHILLIP J. GREEN
U.S. Magistrate Judge

Dated: September 1, 2026 By: /s/ Jessica K. Wright
Judicial Assistant