UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOTION, INC.,

Plaintiff,

v.

GREEN CHARTER TOWNSHIP,

Defendant.

Hon. Jane M. Beckering

Case No. 1:24-cv-00275-JMB-PJG

**ORDER**

This matter is before the Court on the parties' joint motion to stay proceedings. (ECF No. 125). On September 1, 2026, a status conference was conducted with counsel by video. (ECF No. 131). Having considered the parties' oral and written submissions, the motion is **DISMISSED as moot** with respect to the deadline for filing the answer to the amended complaint, but is otherwise **GRANTED**. Accordingly,

**IT IS ORDERED** that the proceedings are stayed for a period of 21 days from the date of this Order.

**IT IS FURTHER ORDERED** that the parties shall participate in a video status conference with the undersigned judicial officer on September 8, 2026, at 3:30 pm.

**IT IS SO ORDERED**.

Date: September 1, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge