**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**MINUTES**

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:24-cv-00275-JMB | 9/25/2026 | 12:53 - 1:50 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Gotion, Inc. v. Green Charter Township |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Jacob Clark<br><br>Mark V. Heusel | Plaintiff |
| Eric Paul Conn<br><br>Kyle A. O'Meara | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:**

Continued Settlement Conference held; order to issue.

Proceedings NOT Recorded
Deputy Clerk: A. Doezema