UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOTION, INC.,

Plaintiff,

v.

GREEN CHARTER TOWNSHIP,

Defendant.

Hon. Jane M. Beckering

Case No. 1:24-cv-00275-JMB-PJG

**ORDER**

On September 25, 2026, the Stay in this matter was extended to today. (ECF No. 141). The Court will extend that deadline for thirty days for the date of this order.

**IT IS SO ORDERED**.

Date: October 2, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge