UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOTION, INC.,

Plaintiff,

v.

GREEN CHARTER TOWNSHIP,

Defendant.

Hon. Jane M. Beckering

Case No. 1:24-cv-00275-JMB-PJG

**ORDER**

On October 2, 2026, the Court extended the Stay in this matter for thirty-days. (ECF No. 142). The Court will extend the Stay an additional thirty-days from the current deadline. Accordingly,

**IT IS ORDERED** that the Stay is extended to December 2, 2026.

**IT IS SO ORDERED**.

Date: October 30, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge